The People ex rel. The Colorado Bar Association
v. Alfred M. Nicholas.

1.  Attorneys at Law—Rule to Show Cause—No Appearance—
    Default—Proof.

Where a rule to show cause, together with a copy of the
petition and information, were duly served upon the respondent
in disbarment proceedings, and no answer has been filed or ap-
pearance made by him, upon default being entered and proofs
having been taken by the petitioner supporting such charges,
such respondent's name will be stricken from the roll of at-
torneys in this state.—P. 43.

2.  Same—Professional Misconduct—Moneys collected and not
    paid over.

Where an attorney at law receives money as collections for
his clients by virtue of his employment as an attorney, and
refuses and neglects to pay the same over to them upon demand
and tender of his fees and expenses, his name will be stricken
from the roll of attorneys in this state in disbarment proceed-
ings.—P. 43.

*Original Proceeding in Disbarment.*

Original proceeding in disbarment by the Peo-
ple on the relation of the Colorado Bar Association
against Alfred M. Nicholas.

*Respondent disbarred.*

Mr. Frederick H. Randall (Mr. A. W. Gillette
of counsel), for petitioner.

*Per Curiam.*—Upon the petition and relation of
The Colorado Bar Association, the attorney general
filed an information against Alfred M. Nicholas, an
attorney of this court, containing several distinct
charges, set up as separate causes of complaint,
in which professional misconduct is alleged against
respondent in that, by virtue of his employment
as an attorney, he received money as collections
for his clients upon claims due them, which he has
refused, and still refuses and neglects, to pay over
and deliver to his clients, who are entitled to receive

them, although often requested so to do, after a demand and tender of his fees and expenses for his services.

A rule to show cause, together with a copy of the petition and information, was duly served upon the respondent, and neither within the time limited by the rule for that purpose, nor at all, has he appeared herein to file his answer thereto, or in any wise respond to the information. Default for such failure has been entered, and proofs have been taken by the petitioner in support of the charges, from which it appears, and is so found, that the two separate causes of complaint contained in the first two causes of action have been established. We are therefore compelled, under our statute governing the subject, because of such misconduct by respondent, to strike his name from the roll of attorneys of this state, which is accordingly done.

*Respondent disbarred.*

Decision *en banc*.